Tang v. Whitaker

BIA
Elstein, IJ
A088 006 843

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18ᵗʰ day of December, two thousand eighteen.

PRESENT:
       JON O. NEWMAN,
       DENNIS JACOBS,
       PIERRE N. LEVAL,
            *Circuit Judges.*
_____

YAN FEI TANG,
       *Petitioner,*

       v.                                   12-1275
                                            NAC

MATTHEW G. WHITAKER, ACTING
UNITED STATES ATTORNEY GENERAL,
       *Respondent.*
_____

FOR PETITIONER:          Theodore N. Cox, New York, NY.

FOR RESPONDENT:          Chad A. Readler, Acting Assistant
                         Attorney General; Melissa Neiman-
                         Kelting, Assistant Director; Lori

B. Warlick, Trial Attorney, Office of Immigration Litigation, United States Department of Justice, Washington, DC.

UPON DUE CONSIDERATION of this petition for review of a Board of Immigration Appeals ("BIA") decision, it is hereby ORDERED, ADJUDGED, AND DECREED that the petition for review is DENIED.

Petitioner Yan Fei Tang, a native and citizen of the People's Republic of China, seeks review of a March 8, 2012, BIA decision that affirmed the December 23, 2009, decision of an Immigration Judge ("IJ") denying asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). *In re Yan Fei Tang,* No. A088 006 843 (B.I.A. Mar. 8, 2012), *aff'g* No. A088 006 843 (Immig. Ct. N.Y. City Dec. 23, 2009). We assume the parties' familiarity with the underlying facts and procedural history in this case.

Under these circumstances, we have reviewed both the IJ's and the BIA's opinions "for the sake of completeness." *Wangchuck v. Dep't of Homeland Sec.*, 448 F.3d 524, 528 (2d Cir. 2006). The applicable standards of review are well established. *See Jian Hui Shao v. Mukasey*, 546 F.3d 138, 157-58 (2d Cir. 2008).

2

Tang applied for asylum, withholding of removal, and CAT relief, asserting a fear of persecution based on the birth of her children in the United States in violation of China's population control program. For largely the same reasons as set forth in *Jian Hui Shao*, we find no error in the agency's determination that she failed to satisfy her burden for asylum, withholding of removal, and CAT relief. *See id.* at 158-67; *see also Paul v. Gonzales*, 444 F.3d 148, 156-57 (2d Cir. 2006). The agency did not err in affording limited weight to a family planning notice given that it was unsigned and unauthenticated by any means and given country conditions evidence that such documents are subject to widespread fabrication. *See Xiao Ji Chen v. U.S. Dep't of Justice*, 471 F.3d 315, 342 (2d Cir. 2006) (providing that the weight afforded to the applicant's evidence in immigration proceedings is largely within the agency's discretion); *Qin Wen Zheng v. Gonzales*, 500 F.3d 143, 148-49 (2d Cir. 2007) (concluding that the BIA does not abuse its discretion in declining to credit an unauthenticated notice from a local government office in China that contradicts country conditions evidence and characterizes such a notice as "questionable on its face").

3

For the foregoing reasons, the petition for review is DENIED. As we have completed our review, any stay of removal that the Court previously granted in this petition is VACATED, and any pending motion for a stay of removal in this petition is DISMISSED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe
Clerk of Court

4